



# MEMORANDUM OPINION

No. 04-11-00051-CR

Joe **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4544
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 9, 2011

DISMISSED FOR WANT OF JURISDICTION

Appellant Joe Gonzalez filed a notice of appeal on January 21, 2011.The clerk's record did not contain a judgment against Joe Gonzalez or other appealable order of the trial court. *See* TEX. R. APP. 26.2. We issued a show cause order on February 1, 2011 ordering appellant to file a response by February 11, 2011, showing why this appeal should not be dismissed for want of

jurisdiction. *See* TEX. R. APP. P. 42.3(c). Appellant has failed to file a response. Therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM

Do not publish